## Strauss-Eckhardt Co., Inc. v. United States

**No. 5125.**—Invoice dated Yokohama, Japan, September 23, 1938.
Certified September 27, 1938.
Entered at New York October 28, 1938.
Entry No. 751228.

(Decided February 14, 1941)

*Jordan & Klingaman* (*J. L. Klingaman* of counsel) for the plaintiff.
*Charles D. Lawrence*, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

Oliver, Presiding Judge: This appeal to reappraisement has been submitted for decision upon the following stipulation of counsel for the parties hereto.

It is hereby stipulated and agreed between counsel, subject to the approval of the court, that the market value or the price of the items marked "A" and checked by the examiner *James J. Quinn J. J. Q.*, at the time of exportation of such merchandise to the United States, at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of Japan, in the usual wholesale quantities and in the ordinary course of trade, for exportation to the United States, plus, when not included in such price, the cost of all containers and coverings of whatever nature, and all other costs, charges, and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States, was the entered value; and that there was no other or higher foreign value.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, is the proper basis for the determination of the value of the merchandise here involved, and that such values are the entered values. Judgment will be rendered accordingly.